BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0679 JSW (JCS) |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE DETENTION |
| v. ) | HEARING |
| ) | |
| JOSE CAMPOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties jointly request that, subject to the Court's approval, the detention hearing presently set for December 22, 2011 be continued to January 3, 2012 at 9:30 am.

Defendant Jose Campos is charged with 8 U.S.C. § 1326, illegal reentry after removal. When the parties appeared for Mr. Campos' initial appearance on Monday, December 19, 2011, they scheduled the matter for a detention hearing on December 22, 2011. Defense counsel has since realized she is unavailable on December 22, 2011 because she will be at the jail for a presentence report interview. Additionally, the government has since provided defense counsel with an immigration hold.

Accordingly, the parties stipulate that there is good cause under 18 U.S.C. § 3142(f) to continue the detention hearing to January 3, 2012 at 9:30 am before the duty magistrate judge.

Time under the Speedy Trial Act has already been excluded until February 9, 2012.

IT IS SO STIPULATED.

<u>  December 21, 2011  </u>       <u>       /s/       </u>
DATED                              TRACIE BROWN
                                   Assistant United States Attorney

<u>  December 21, 2011  </u>       <u>       /s/       </u>
DATED                              JODI LINKER
                                   Assistant Federal Public Defender

IT IS SO ORDERED.

<u>  12/21/11  </u>
DATED                              JOSEPH C. SPERO
                                   United States Magistrate Judge